USCA1 Opinion

 

 March 22, 1996 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 95-2085 GERALD CONNELL, Plaintiff, Appellant, v. UNITED STATES OF AMERICA, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND [Hon. Raymond J. Pettine, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Stahl and Lynch, Circuit Judges. ______________ ____________________ Arthur W. Tifford on brief for appellant. _________________ Sheldon Whitehouse, United States Attorney, and Craig N. Moore, __________________ _______________ Assistant United States Attorney, on brief for appellee. ____________________ ____________________ Per Curiam. Defendant-appellant Gerald Connell ___________ appeals the summary dismissal of his motion pursuant to 28 U.S.C. 2255 on the sole ground that his guilty plea is invalid. We affirm for the reasons contained in section II C ______ (1)(c) of the Magistrate Judge's Report and Recommendation dated May 31, 1995. See Loc. R. 27.1. ___ -2-